

Lisa J. Espada. Esq., SBN 202975
Law Office of Lisa J. Espada
71 Stevenson St., Suite 400
San Francisco, CA 94105
Telephone: (415) 504-6195
Facsimile: (855) 504-6195

Attorney for Plaintiff
IVAN MORALES

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN MORALES, | Case No. 3:14-cv-00035-MEJ |
| | Magistrate Judge Maria-Elena James |
| Plaintiff, | |
| | NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE |
| vs. | |
| PRIDE ACQUISITIONS, LLC and BAKER SANDERS, LLP | |
| Defendants. | |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD**:

1.   Pursuant to FRCP 41(a)(1)(A), Plaintiff Ivan Morales hereby requests a voluntary dismissal with prejudice of the entire action against all parties.

2.   Plaintiff's Complaint was filed on January 3, 2014.

3.   Defendants were sent a Notice of Lawsuit and Request to Waive Service of a Summons (Form AO-398) along with copies of the Complaint.  Neither Defendant was served with a summons.

///

///

4. Neither Defendant has served or filed an answer or a motion for summary judgment.

5. Plaintiff requests a **dismissal with prejudice** as to all parties pursuant to a fully executed Mutual Release and Settlement Agreement.

Dated: March 7, 2014         **Law Office of Lisa J. Espada**

*/s/ Lisa J. Espada*
_____
Lisa J. Espada
Attorney for Plaintiff Ivan Morales

**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION WITH PREJUDICE**
- 2 -